UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD SOLBERG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-cv-208-M |
| | § | |
| ALLSTATE TEXAS LLOYD'S AND | § | |
| ROBERT MULRY, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Richard Solberg and Defendant Allstate Texas Lloyd's request that the Court dismiss this entire action with prejudice, each party bearing their own costs. After considering the Motion to Dismiss, this Court is of the opinion that the Motion should be GRANTED.  It is therefore

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice. It is further

ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this 7th day of September, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

**ORDER GRANTING AGREED MOTION FOR DISMISSAL WITH PREJUDICE – Solo Page**
2527867v1
03645.506